

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00864-CV

Jeremil **RODRIGUEZ**,
Appellant

v.

**JP MORGAN CHASE BANK**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0255-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

A filing fee of $195.00 was due from appellant Jeremil Rodriguez when this appeal was filed but it was not paid. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of this deficiency in a letter dated December 11, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than January 22, 2015** to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2015.



Keith E. Hottle
Clerk of Court

